# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Kyna Phillip <br> _Plaintiff(s)_ <br> v. <br> The City of New York; Sgt. John Prager; Police Officers John Doe; Police Officers #1 through #10. <br> _Defendant(s)_ | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Sgt. John Prager Tax 945285
New York Police Dept.
One Police Plaza Rm 1109
NY NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
_CLERK OF COURT_

Date: _____    _____
_Signature of Clerk or Deputy Clerk_

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Kyna Phillip <br> *Plaintiff(s)* <br> v. <br> The City of New York; Sgt. John Prager; Police Officers John Doe - Police Officers #1 through #10 not yet Identified. <br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
The City of New York:
100 Church St.
NY NY 10007

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DOUGLAS C. PALMER
*CLERK OF COURT*

Date: _____        _____
                                    *Signature of Clerk or Deputy Clerk*